Date of Arrest: 02/02

# United States District Court
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
V.

Libardo HERNANDEZ-Guzman
Citizen of Colombia
YOB:1991
216750829
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 22-1132MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about December 05, 2020, Defendant Libardo HERNANDEZ-Guzman, an alien, was removed from the United States to Colombia through the port of Houston, Texas, in pursuance of law, and thereafter on or about February 02, 2022, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about February 02, 2022, near San Luis, Arizona in the District of Arizona, Defendant Libardo HERNANDEZ-Guzman, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.  [X] Yes  [ ] No

Reviewed by AUSA John Ballos
SAD for JAB

*Jared Lasley*
Signature of Complainant
Anastasiya Katekhina
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____February 3, 2022_____    at    __Yuma, Arizona__
Date                                       City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Libardo HERNANDEZ-Guzman

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of one (1) time. The Defendant was last removed through Houston, Texas on December 5, 2020.

**CRIMINAL AND IMMIGRATION HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 12/05/2020 | Houston, Texas | Illegal Entry | Ordered Removed from the US (ER) (DO) |

Narrative: The Defendant, a citizen of Colombia and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Colombia and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Houston, Texas on or about December 05, 2020.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on February 02, 2022.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Wesley Blevins, Miguel Toledo, Andria Pereda.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Victor Ruiz.

Charges:
8 USC 1326(a)     (Felony)
8 USC 1325(a)(1)  (Misdemeanor)

_Jared Lasley_
Signature of Complainant

Sworn to before me and subscribed telephonically,

February 3, 2022
Date

Signature of Judicial Officer